B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Mexico**

In re **Aero Mechanical Industries, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Airbus North America Customer Service** Lock Box No 822761 Philadelphia, PA 19182-2761 | **Airbus North America Customer Service** Lock Box No 822761 Philadelphia, PA 19182-2761 | | | 60,690.02 |
| **AMETEK (Southern Aeroparts)** PO Box 951319 Dallas, TX 75395-1319 | **AMETEK (Southern Aeroparts)** PO Box 951319 Dallas, TX 75395-1319 | | | 12,113.22 |
| **Aviall Services, Inc.** P.O. Box 842267 Dallas, TX 75284-2267 | **Aviall Services, Inc.** P.O. Box 842267 Dallas, TX 75284-2267 | | | 19,135.12 |
| **Boeing Commercial Airline Group** P.O. Box 277851 Atlanta, GA 30384-7851 | **Boeing Commercial Airline Group** P.O. Box 277851 Atlanta, GA 30384-7851 | | | 99,520.72 |
| **Broward County Tax Collector** 115 S. Andrews Ave. #A1 Fort Lauderdale, FL 33301 | **Broward County Tax Collector** 115 S. Andrews Ave. #A1 Fort Lauderdale, FL 33301 | personal property tax for property located at 3901 SW 30th Ave, Fort Lauderdale, FL 33312 | | 13,177.82 |
| **Direct Capital** 155 Commerce Way Portsmouth, NH 03801 | **Direct Capital** 155 Commerce Way Portsmouth, NH 03801 | Computer Equipment - RR | | 42,480.39 (30,000.00 secured) |
| **Distribution Funding, LLC** PO Box 847757 Dallas, TX 75284 | **Distribution Funding, LLC** PO Box 847757 Dallas, TX 75284 | Lease for non-residential real property located at 3901 30th Ave, Fort Lauderdale, FL 33312 | | 135,168.80 |
| **FedEx** P.O. Box 94515 Palatine, IL 60094-4515 | **FedEx** P.O. Box 94515 Palatine, IL 60094-4515 | | | 23,035.15 |

B4 (Official Form 4) (12/07) - Cont.

In re **Aero Mechanical Industries, Inc.**                 Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Goodrich Aerostructures Group<br>850 Lagoon Dr. Mail Zone 107-K<br>Chula Vista, CA 91910-2098 | Goodrich Aerostructures Group<br>850 Lagoon Dr. Mail Zone 107-K<br>Chula Vista, CA 91910-2098 | | | 15,535.00 |
| Hartford Insurance<br>P.O. Box 66916<br>Dallas, TX 75266 | Hartford Insurance<br>P.O. Box 66916<br>Dallas, TX 75266 | | | 11,635.00 |
| Internal Revenue Service<br>Bankruptcy Stop<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Bankruptcy Stop<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 Taxes<br>1st quarter 2015 | | 188,208.51 |
| New Mexico Gas Company<br>P.O. Box 173341<br>Denver, CO 80217-3341 | New Mexico Gas Company<br>P.O. Box 173341<br>Denver, CO 80217-3341 | | | 19,382.73 |
| NM Taxation & Revenue Dept.<br>P.O. Box 8485<br>Albuquerque, NM 87198 | NM Taxation & Revenue Dept.<br>P.O. Box 8485<br>Albuquerque, NM 87198 | withholding tax January, February, March 2015 | | 17,566.50 |
| Paychex 401(k) services<br>Human Resources Services<br>1175 John St.<br>West Henrietta, NY 14586-9199 | Paychex 401(k) services<br>Human Resources Services<br>1175 John St.<br>West Henrietta, NY 14586-9199 | | | 21,684.71 |
| PNM<br>PO Box 17970<br>Denver, CO 80217-0970 | PNM<br>PO Box 17970<br>Denver, CO 80217-0970 | | | 15,107.14 |
| REDW<br>PO Box 93656<br>Albuquerque, NM 87199 | REDW<br>PO Box 93656<br>Albuquerque, NM 87199 | | | 13,268.00 |
| Rockaway, LLC<br>Allen Sigmon Real Estate Group<br>2440 Louisiana Blvd. Suite 28<br>Albuquerque, NM 87110 | Rockaway, LLC<br>Allen Sigmon Real Estate Group<br>2440 Louisiana Blvd. Suite 28<br>Albuquerque, NM 87110 | Non-residential real property lease located at 4901 Rockaway Blvd. NE, Rio Rancho, NM 87124 | | 148,306.48 |
| Sandra Viar, Inc.<br>26895 Aliso Creek Rd. Suite B475<br>Aliso Viejo, CA 92656 | Sandra Viar, Inc.<br>26895 Aliso Creek Rd. Suite B475<br>Aliso Viejo, CA 92656 | sales commissions | | 60,697.06 |
| United Healthcare Insurance Company<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | United Healthcare Insurance Company<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | Health insurance | | 49,292.44 |
| Wells Fargo Business<br>P.O. Box 6415<br>Carol Stream, IL 60197-6415 | Wells Fargo Business<br>P.O. Box 6415<br>Carol Stream, IL 60197-6415 | Visa | | 70,410.66 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Aero Mechanical Industries, Inc.**    Case No. _____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 10, 2015**        Signature  _/s/ Phillip Mark Ozenick_
                                            **Phillip Mark Ozenick, President & CEO**
                                            **President & CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.