# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

**AERO MECHANICAL INDUSTRIES, INC.,**
a New Mexico corporation,

       Debtor.                                Case No. **15-10936 j11**

## NOTICE OF AMENDMENT WITH
## SPECIFICATION OF INFORMATION AMENDED

On May 15, 2015, the Debtor filed amended Schedule F-Creditors Holding Unsecured Nonpriority Claims, Schedule D-Creditors Holding Secured Claims, and Summary of Schedules. The following specifies the information amended as required by NM LBR 1009-1(b).

Creditor Added to Schedule F-Creditors Holding Unsecured Nonpriority Claims

| Creditor's Name, Last 4 Digits of Account Number, and Mailing Address Including Zip Code | Schedule Added To | Date Claim Was Incurred | Details from schedule | Amount of Claim | Explanation of reason for amendment |
|---|---|---|---|---|---|
| **Aircraft Connection, Inc.<br>7301 NW 32 Avenue<br>Miami, FL 33147** | F | 2013 | **balance of equipment purchase<br><br>disputed** | $140,000 | To add creditor. |
| **Iris M. Uribe<br>13001 SW 17 Court<br>Miramar, FL 33027** | F | | **Additional Notice Aircraft Connection, Inc.** | **Notice Only** | To add additional contact. |
| **Luis E Rivera-Montalvo, Esq.<br>225 Alcazar Ave.<br>Coral Gables, FL 33134** | F | | **Additional Notice Aircraft Connection, Inc.** | **Notice Only** | To add additional contact/ |

Changes to classification of debt on Schedule D-Creditors Holding Secured Claims and Schedule F-Creditors Holding Unsecured Nonpriority Claims

| Creditor name as it appears on Schedule D before amendment | Creditor moved to which schedule? | List other changes to classification of debt due to amendment | Brief explanation of reason for amendment |
|---|---|---|---|
| **Automation Technology GmbH** | F | none | To reflect unsecured nature of debt. |

NM LF 16
Page 1 of 2

| **Dell Business Credit** | F | none | To reflect unsecured nature of debt. |

                                                Respectfully submitted:
                                                Moore, Berkson, Bassan & Behles, P.C.
                                                Counsel for Debtor
                                                <u>s/ submitted electronically</u>
                                                George M. Moore
                                                Arin E. Berkson
                                                3800 Osuna Rd. NE, Ste. 2
                                                Albuquerque, NM 87109
                                                (505) 242-1218
                                                Fax: 242-2836
                                                mbglaw@swcp.com

      In accordance with Fed. R. Bankr. P. 9036, NM LBR 9036-1(b) and Fed. R. Civ. P. 5(b)(3), I certify that service of this document was made the day this document was filed, via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on persons/entities listed on the notice of electronic filing associated with this document. I further certify that the persons/entities listed on the notice of electronic filing as not having received the notice electronically were served via first class mail postage prepaid the day this document was filed.

Date:  <u>*May 15, 2015*</u>                    <u>/s/    Arin E. Berkson                      </u>